NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ANTHONY MOORE,**
*Petitioner.*

---

Miscellaneous Docket No. 117

---

On Petition for Writ of Mandamus to the United States Court for Federal Claims.

ON PETITION

---

## ORDER

Anthony Moore petitions for a writ of mandamus to the United States Court of Federal Claims for refusing to process the petitioner's complaint against the United States Supreme Court. The court notes that Mr. Moore has not paid the docketing fee.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed for failure to pay the docketing fee pursuant to Federal Circuit Rule 52(d).

FOR THE COURT

**MAR 2 2 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Anthony Moore
    Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 2 2012

JAN HORBALY
CLERK